# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2007

134941

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHANNON ELIZABETH TWITCHELL,
      Plaintiff-Appellee,

v

TRAVIS EARL TWITCHELL,
      Defendant-Appellant.

SC: 134941
COA: 278805
Macomb CC: 05-006568-DM

_____/

      On order of the Court, the application for leave to appeal the August 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2007

Clerk

p1030